**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SAMANTHA A. COFFMAN | : | No. 582 MAL 2017 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| DEREK L. KLINE | : | |
| | : | |
| | : | |
| PETITION OF: SEDGWICK CLAIMS | : | |
| MANAGEMENT SERVICES, | : | |
| | : | |
| Participant | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 26th day of February, 2018, the Petition for Allowance of Appeal is **DENIED**.